IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GILBERTO FRANQUE,**

   *Plaintiff*,

v.   Case No.: 4:21cv282-MW/MAF

**FLORIDA DEPARTMENT OF CORRECTIONS,**

   *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to prosecute and failure to comply with a court order." The Clerk shall close the file.

**SO ORDERED on September 22, 2021.**

                                         **s/Mark E. Walker**
                                         **Chief United States District Judge**